IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30930
Conference Calendar
_____


SAMUEL WILLIAMS, JR.,

Plaintiff-Appellant,

versus

EDWIN LOMBARD; HARRY F. CONNICK,
District Attorney,

Defendants-Appellees.


- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 95-CV-2238
- - - - - - - - - - -
December 20, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

Samuel Williams argues that the district court abused its discretion in dismissing his pro se, in forma pauperis, 42 U.S.C. § 1983 civil rights complaint as frivolous. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for essentially the reasons given by the district court.

AFFIRMED.

_____

[*] Local Rule 47.5.1 provides: "The publication of opinions that merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.